**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01074-CR

### DAVID ANTHONY MCGEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. 330570007**

## ORDER

We **GRANT** Official Court Reporter Sharina A. Fowler's February 27, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **FOURTEEN DAYS** from the date of this order.

/s/　　LANA MYERS
　　　　JUSTICE